ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Jim Black Construction Company ) | ASBCA No. 59757 |
| ) | |
| Under Contract No. W5K9FH-11-C-0157 ) | |

APPEARANCE FOR THE APPELLANT:  Mr. Shir Ali Faqiri
General Director

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
Army Chief Trial Attorney
CPT Cali Y. Kim, Esq.
Trial Attorney

ORDER OF DISMISSAL

The appeal has been settled and is dismissed from the Board's docket with prejudice.

Dated:  19 April 2016

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59757, Appeal of Jim Black Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals